AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

# UNITED STATES DISTRICT COURT

JUN 20 2012

Eastern District of Arkansas

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>SCOTTIE LEE COSTNER | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |

Case No.  4:07cr00317-02  JMM

USM No. 24818-009

Lisa Peters
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   General, Standard & Special   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Failure to refrain from committing another crime | 12/05/2011 |
| Standard 2 | Failure to submit monthly reports | 02/01/2012 |
| Special | Failure to report for drug testing & substance abuse treatment | 03/01/2012 |
| Special | Failure to attend mental health counseling | 01/13/2012 |

     The defendant is sentenced as provided in pages 2 through ___3___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 1597

Defendant's Year of Birth:    1980

City and State of Defendant's Residence:
Paragould, Arkansas

06/20/2012
_____
Date of Imposition of Judgment

_____
Signature of Judge

James M. Moody          US District Judge
_____
Name and Title of Judge

06/20/2012
_____
Date

AO 245D     (Rev. 12/07) Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

Judgment — Page __2__ of __3__

DEFENDANT:  SCOTTIE LEE COSTNER
CASE NUMBER:  4:07cr00317-02  JMM

## IMPRISONMENT

       The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

SIX (6) MONTHS to run concurrent with 4:07cr251-01  JMM

☑  The court makes the following recommendations to the Bureau of Prisons:

The defendant shall partiicipate in whatever substance abuse treatment available.

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

    ☐  at  _____  ☐  a.m.  ☐  p.m.  on  _____ .

    ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐  before 2 p.m. on  _____ .

    ☐  as notified by the United States Marshal.

    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  _____  to  _____

at  _____  with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL

AO 245D     (Rev. 12/07) Judgment in a Criminal Case for Revocations
            Sheet 3C — Supervised Release

DEFENDANT: SCOTTIE LEE COSTNER
CASE NUMBER: 4:07cr00317-02  JMM

Judgment—Page ___3___ of ___3___

## SPECIAL CONDITIONS OF SUPERVISION

1)  The first six (6) months of supervised release the defendant shall reside in a residential reentry facility

2)  The defendant shall participate, under the guidance and supervision of the probation officer, in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment.  Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.

3)  The defendant shall participate in mental health counseling under the guidance and supervision of the U. S. Probation office.