FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR - 1 2013

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| SCOTTIE LEE COSTNER | |

Case No.  4:07cr00317-02 JMM

USM No. 24818-009

Lisa Peters
_____
Defendant's Attorney

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s)  Special_____ of the term of supervision.

☐ was found in violation of condition(s)  _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special 1 | Failure to complete six months residential re-entry | 12/10/2012 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 1597

Defendant's Year of Birth:  1980

City and State of Defendant's Residence:
Paragould, Arkansas

03/01/2013
_____
Date of Imposition of Judgment

_____
Signature of Judge

James M. Moody                                US District Judge
_____
Name and Title of Judge

03/01/2013
_____
Date

AO 245D      (Rev. 09/11) Judgment in a Criminal Case for Revocations
             Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: SCOTTIE LEE COSTNER
CASE NUMBER: 4:07cr00317-02 JMM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

EIGHT (8) MONTHS to run concurrently to sentence imposed in 4:07cr251-01  JMM

☑  The court makes the following recommendations to the Bureau of Prisons:

The defendant shall participate in whatever substance abuse treatment is available.
The defendant shall serve his term of imprisonment at Beaumont, Texas.

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

   ☐  at  _____  ☐ a.m.   ☐ p.m.   on  _____ .

   ☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before 2 p.m. on  _____ .

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on  _____  to  _____

at  _____  with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By  _____
DEPUTY UNITED STATES MARSHAL